FILE COPY



SHERRY RADACK
 CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
 JUSTICES

CHRISTOPHER A. PRINE
 CLERK OF THE COURT

JANET WILLIAMS
 CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx

# Court of Appeals
# First District
### 301 Fannin Street
### Houston, Texas 77002-2066

March 23, 2015

Clair Audrey Wolf
#01836668 TDCJ
Wallace Pack Unit
2400 Wallace Pack Road
Navasota, TX 77868

**RE:**   **Court of Appeals Number:** 01-11-00806-CR thru 01-11-00814-CR
       **Trial Court Case Number:** 1271120 thru 1271128

**Style:** Clair Audrey Wolf v. The State of Texas

This is to acknowledge your communication received March 17, 2015, with reference to your direct appeal. Please be advised that the current status of your appeal is:

1.  Our records indicate that our notice letter was mailed to you on March 4, 2015.

2.  Enclosed is a copy of the Letter date March 4, 2015

Very truly yours,

Christopher A. Prine
Clerk of the Court